UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>                                 *Plaintiff,*<br><br>v.<br><br>JEAN-PIERRE KAHINDO, MELISSA KRANIAS, JAKE ARON, DIEGO RAZO, RICHARD CONTRERAS, HEATHER VERSHURE, MARVIN LOUKA, ROBERT HASLAM, GEORGE ALEX, MATT RIORDAN, AND PEGGY GOLDEN<br><br>                                 *Defendants.* | Civ. Case No.: 1:21-cv-07145-NRB<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned Counsel for Plaintiff and Defendant, acting *pro se,* acting in the above-entitled action be, and the same hereby is discontinued, with prejudice, **as to Defendant ROBERT HASLAM only**, with each side bearing their own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may contain counterparts or facsimile signatures, which shall be deemed as originals.

Dated:    September 7, 2021
                New York, New York

| | |
|---|---|
| **PARDALIS & NOHAVICKA LLP**<br><br>By: _*Anastasi Pardalis*_<br>      Anastasi Pardalis<br>      *Counsel for Plaintiff*<br>      950 Third Avenue, 27th Floor<br>      New York, NY 10022<br>      taso@pnlawyers.com | **ROBERT HASLAM**<br><br>By: _[signature]_<br>      Robert Haslam<br>      8290 Hunts Hill West Road<br>      Rogers, TX, 76569<br>      jasonvoorhees9977@yahoo.com |

ORDERED

_[signature]_
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE