UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> -v- ) <br> ) <br> ) <br> JEAN-PIERRE KAHINDO, MELISSA ) <br> KRANIAS, JAKE ARON, DIEGO RAZO, ) <br> RICHARD CONTRERAS, HEATHER ) <br> VERSHURE, MARVIN LOUKA, ROBERT ) <br> HASLAM, GEORGE ALEX, MATT ) <br> RIORDAN and PEGGY GOLDEN ) <br> ) <br> *Defendants*. ) | Civil Case No.: 1:21-cv-07145-NRB <br> Hon. Naomi Reice Buchwald <br><br> ECF Case <br> Electronically Filed <br><br> **~~PROPOSED~~ DEFAULT JUDGMENT** |

This action having been commenced on August 24, 2021 by the filing of the Summons and Complaint, a copy of the Summons and Complaint having been served on the Defendant DIEGO RAZO, on August 29, 2021 by delivering a true copy of each at Defendant's place of residence, proof of service having been filed on August 31, 2021, and a copy of the Summons and Complaint having been served on the Defendant MATT RIORDAN, on September 15, 2021 by delivering a true copy of each at Defendant's place of residence, proof of service having been filed on September 23, 2021 and the Defendants not having answered the Complaint, and their time for answering the Complaint having expired it is

**ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Application for Entry of Default Judgment against DIEGO RAZO and MATT RIORDAN is GRANTED; it is

**IT IS FURTHER ORDERED, ADJUDGED:** That the Plaintiff has judgment against Defendant DIEGO RAZO for his costs and disbursements of this action in the amount of $4,281;

1

**IT IS FURTHER ORDERED, ADJUDGED:** That the Plaintiff has judgment against Defendant MATT RIORDAN for his costs and disbursements of this action in the amount of $3,881.

**IT IS FURTHER ORDERED, ADJUDGED:** That the Defendants are enjoined immediately and permanently from selling, offering to sell, advertising or marketing products bearing Plaintiff's name, nickname, picture, persona, likeness in connection with the manufacture, promotion, sale and/or offering for sale of any products or services. The Defendants shall immediately recall all of the products bearing Plaintiff's name, nickname, picture, persona, and likeness.

Dated: New York, New York
       March 30, 2023

The Clerk of Court is respectfully directed to terminate ECF No. 65.

SO ORDERED.

_____
U.S.D.J
Hon. Naomi Reice Buchwald

2